UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LOUISE SCALERA,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**DSW, INC.,**<br><br>　　　　　　Defendant. | Civil Action No. 19-21980 (ES) (CLW)<br><br>ORDER |

**MCNULTY, DISTRICT JUDGE**

　　Before the Court is the objection of defendant DSW, Inc. to the Honorable Magistrate Judge Cathy L. Waldor's report and recommendation that the Court grant plaintiff Louise Scalera's motion to remand this action to state court. For the reasons stated in the Court's accompanying Opinion,

　　IT IS this 5th day of November 2020,

　　**ORDERED** that DSW's objection is OVERRULED, and the Court adopts the report and recommendation (DE 14) in full; and it is further

　　**ORDERED** that Scalera's motion to remand the action to state court (DE 7) is GRANTED; and it is further

　　**ORDERED** that Scalera's request for attorneys' fees under 28 U.S.C. § 1447(c) is DENIED; and it is further

　　**ORDERED** that the Clerk of Court TERMINATE the pending motion to dismiss (DE 5); and it is further

1

**ORDERED** that this case is REMANDED to the New Jersey Superior Court, Essex County.

/s/ Kevin McNulty
_____
**Kevin McNulty, U.S.D.J.**